**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 17-927-JFW(AGRx)** | Date: March 22, 2017 |
| Title: | Core Litigation Trust *-v-* Apollo Global Management, LLC, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

| | |
|---|---|
| **PROCEEDINGS (IN CHAMBERS):** | **ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION TO REMAND [filed 2/21/17; Docket No. 38]; and** |
| | **ORDER TAKING UNDER SUBMISSION DEFENDANTS' JOINT MOTION TO TRANSFER VENUE [filed 2/21/17; Docket No. 39]** |

      Plaintiff's Motion to Remand and Defendants' Joint Motion to Transfer Venue are currently on calendar for March 27, 2017, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for March 27, 2017 is hereby vacated and the matters are taken off calendar.  The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

      IT IS SO ORDERED.

Initials of Deputy Clerk  sr